-FILED-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MAR 13 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INFORMATION** |
| | ) | |
| v. | ) | Cause No. 1:25-CR-19 |
| | ) | Violation: |
| FREDERICK L. ZUMWALT | ) | 18 U.S.C. §§ 922(a)(1)(A), 923(a), |
| | ) | and 924(a)(1)(D); |
| | ) | |
| | ) | |

Between on or about February 15, 2023, and continuing through on or about December 15, 2023, in the Northern District of Indiana,

FREDERICK L. ZUMWALT,

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offense in this Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in the commission of the offense.

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By: _/s/ Stacey R. Speith_
Stacey R. Speith
Assistant United States Attorney