UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
MAR 13 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 1:25-CR- 19 |
| ) | |
| FREDERICK L. ZUMWALT   ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now United States of America, by its counsel, Tina L. Nommay, Acting United States Attorney for the Northern District of Indiana, through Stacey R. Speith, Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. §924(d) and 28 U.S.C. § 2461(c). The United States hereby gives notice that the United States is seeking forfeiture of the following property:

SEE ATTACHED EXHIBIT 1.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By:   /s/ Stacey R. Speith
Stacey R. Speith
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail: stacey.speith@usdoj.gov

## BILL OF PARTICULARS EXHIBIT 1

1. ROMARM/CUGIR; Model: DRACO; Caliber: 762; Type: PISTOL; S/N:23PH-0238
2. ROMARM/CUGIR; Model: DRACO; Caliber: 762; Type: PISTOL; S/N:23PH-1411
3. GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AGUS218
4. GLOCK INC.; Model: 34; Caliber: 9; Type: PISTOL; S/N: BNAP482
5. GLOCK INC.; Model: 43; Caliber: 9; Type: PISTOL; S/N: ZVV502
6. GLOCK INC.; Model: 17GEN5; Caliber: 9; Type: PISTOL; S/N: BGME720
7. GLOCK INC.; Model: 20; Caliber: 10; Type: PISTOL; S/N: BYZL217
8. SIG SAUER (SIG-ARMS); Model: P320; Caliber: 9; Type: PISTOL; S/N: 58J228412
9. SIG SAUER (SIG-ARMS); Model: P229; Caliber: 9; Type: PISTOL; S/N: 55B093070
10. WALTHER; Model: PPS; Caliber: 9; Type: PISTOL; S/N: AV0910
11. WALTHER; Model: PDP F-SERIES; Caliber: 9; Type: PISTOL; S/N: 11494GB
12. SIG-SAUER; Model: P245; Caliber: 45; Type: PISTOL; S/N: C006601
13. FNH USA, LLC; Model: FNX-45 TACTICAL; Caliber: 45; Type: PISTOL; S/N: FX3U159402
14. SPRINGFIELD ARMORY, GENESEO, IL; Model: RO ELITE COMPACT; Caliber: 45; Type: PISTOL; S/N: 165074
15. GLOCK INC.; Model: 26GEN4; Caliber: 9; Type: PISTOL; S/N: BCYD817
16. FNH USA, LLC; Model: 509; Caliber: 9; Type: PISTOL; S/N: GKS0270779
17. SIG SAUER (SIG-ARMS); Model: P320 M18; Caliber: 9; Type: PISTOL; S/N: M18A052371